862 F.2d 869
 Fibreboard Corp., Bethlehem Steel Corp, A C and S, Inc.,
f/k/a Armstrong Contracting and Supply Co., Babcock & Wilcox
Co., BMI, Inc., Celotex Corp., Corhart Refractories,
Eagle-Picher Industries, Inc., Forty- Eight Insulations,
Inc., GAF Corporation, Garlock, Inc., General Refractories
Co., A.P. Green Refractories Co., Harbison Walker
Refractories Div. of Dresser Ind., International Minerals
and Chemical Corp., Interntl. Vermiculite Co., Kaiser
Aluminum and Chemical Corp.
 NO. 86-3664
 United States Court of Appeals,
Fourth Circuit.
 NOV 23, 1988
 
 1
 Appeal From: D.Md.
 
 
 2
 AFFIRMED.